QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
  kevinjohnson@quinnemanuel.com
  Anna Ison (Bar No. 254173)
  annaison@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendant
Marvell Semiconductor Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LINK_A_MEDIA DEVICES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MARVELL SEMICONDUCTOR INC.,<br><br>Defendant. | CASE NO. CV11-00616 JCS<br><br>**STIPULATION TO EXTEND TIME FOR MARVELL TO RESPOND TO THE COMPLAINT** |

  IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the Plaintiff Link_A_Media Devices Corporation and Defendant Marvell Semiconductor Inc., pursuant to Civ. L.R. 6-1(a) and subject to the approval of the Court, that the time by which Defendant shall answer, move, or otherwise respond to Plaintiff's Complaint is extended through and including May 3, 2011.

DATED: March 2, 2011                    MORRISON & FOERSTER, LLP


                                        By:       */s/ Mark W. Danis*
                                            Harold J. McElhinny (Bar No. 66781)
                                            Email: HMcElhinny@mofo.com
                                            Mark W. Danis (Bar No. 147948)
                                            Email: MDanis@mofo.com
                                            MORRISON & FOERSTER, LLP
                                            425 Market Street

|   |   |   |
|---|---|---|
| 1 |   | San Francisco, California 94105-2482 |
| 2 |   | Telephone: (415) 268-7000 |
|   |   | Facsimile: (415) 268-7522 |
| 3 |   | Diana Luo (Bar No. 223712) |
| 4 |   | Email: DLuo@mofo.com |
|   |   | MORRISON & FOERSTER, LLP |
| 5 |   | 755 Page Mill Road |
|   |   | Palo Alto, California 94304-1018 |
| 6 |   | Telephone: (650) 813-5600 |
|   |   | Facsimile: (650) 494-0792 |

*Attorneys for Plaintiff*
*Link_A_Media Devices Corporation.*

DATED: March 2, 2011    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:     */s/ Kevin P.B. Johnson*
Kevin P.B. Johnson (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
Anna Ison (Bar No. 254173)
annaison@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant*
*Marvell Semiconductor Inc.*

Dated: 3/3/11

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA