1  HAROLD J. MCELHINNY (BAR NO. 66781)
   Email: HMcElhinny@mofo.com
2  MARK W. DANIS (BAR NO. 147948)
   Email: MDanis@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  JANA G. GOLD (BAR NO. 154246)
   Email: JGold@mofo.com
7  DIANA LUO (BAR NO. 223712)
   Email: DLuo@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
10 Facsimile: 650.494.0792

11 Attorneys for Plaintiff
   LINK_A_MEDIA DEVICES CORPORATION
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17 LINK_A_MEDIA DEVICES CORPORATION,    Case No.  CV 11-00616 CRB

18              Plaintiff,              **STIPULATION AND ORDER
                                        CONTINUING INITIAL CASE
19       v.                             MANAGEMENT CONFERENCE**

20 MARVELL SEMICONDUCTOR, INC.,

21              Defendant.

22

23       WHEREAS, (1) the date set for the initial case management conference in this matter,

24 May 27, 2011, presents a conflict for counsel, and (2) counsel for both parties are available on

25 June 3, 2011, the parties, through their counsel, hereby stipulate and agree that the initial Case

26 Management Conference, currently set for May 27, 2011, be rescheduled to June 3, 2011 at

27 8:30 a.m. or at the next available date that is convenient for the Court.

28

STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
CIV 11-00616 CRB                                                                                    1
pa-1461404

| | |
|---|---|
| Dated: April 26, 2011 | HAROLD J. MCELHINNY<br>MARK W. DANIS<br>JANA G. GOLD<br>DIANA LUO<br>MORRISON & FOERSTER LLP |
| | By:    /s/ *Jana G. Gold*<br>        Jana G. Gold |
| | Attorneys for Plaintiff<br>LINK_A_MEDIA DEVICES CORPORATION |
| Dated: April 26, 2011 | KEVIN P.B. JOHNSON<br>ANNA M. ISON<br>QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | By:    /s/ *Kevin P.B. Johnson*<br>        Kevin P.B. Johnson |
| | Attorneys for Defendant<br>MARVELL SEMICONDUCTOR, INC. |

IT IS SO ORDERED.

Dated: _____May 5\_\_. 2011

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

**GENERAL ORDER 45 ATTESTATION**

I, Jana G. Gold, am the ECF User whose ID and password are being used to file the STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Kevin P.B. Johnson has concurred in this filing.

   /s/ *Jana G. Gold*
     Jana G. Gold