

SEP 28 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINK_A_MEDIA DEVICES CORPORATION, | **CASE NO.** CV 11-00616 PSG |
| Plaintiff, | ~~(Proposed)~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| MARVELL SEMICONDUCTOR, INC., | |
| Defendant. | |

David Radulescu , whose business address and telephone number is

51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone: (212) 849-7000

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Marvel Semiconductor, Inc.

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: 9/30/2011

Paul S. Agard

United States ~~District~~ Judge
MAGISTRATE