DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff
LINK_A_MEDIA DEVICES CORPORATION

QUINN EMANUEL URQUHART & SULLIVAN, LLP
KEVIN P.B. JOHNSON (SBN 177129)
kevinjohnson@quinnemanuel.com
ANNA M. ISON (SBN 254173)
annaison@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
MARVELL SEMICONDUCTOR, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINK_A_MEDIA DEVICES CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MARVELL SEMICONDUCTOR, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV 11-00616 CRB <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME TO SUBMIT JOINT CASE MANAGEMENT STATEMENT** <br><br> Date: October 18, 2011 <br> Time: 2:00 p.m. <br> Dept.: Courtroom 6 - 17th Floor <br> Judge: Hon. Paul S. Grewal |

1    WHEREAS, by order dated October 4, 2011, the Clerk of Court ordered a case management
2    conference for October 18, 2011;

3    WHEREAS, Local Rule 16-10(d) requires the parties to file a Joint Case Management Statement
4    on or before October 11, 2011;

5    WHEREAS, Plaintiff has today, on October 11, 2011, substituted counsel in this action and
6    therefore requires additional time to meet and confer with counsel for Defendant and draft the Joint Case
7    Management Statement;

8    WHEREAS, the parties have agreed to a stipulated request to extend the time to file the Joint
9    Case Management Statement to October 17, 2011;

10   WHEREAS, the parties are not requesting a continuance of the Case Management Conference
11   scheduled for October 18, 2011 and plan to proceed on that date, subject to an order of the Court
12   otherwise;

13   WHEREAS, the previous time modifications to the case have been limited to the following: on
14   March 2, 2011, the parties stipulated to extend time for Defendant to respond to the complaint, and, on
15   May 5, 2011, the parties stipulated to continue the Initial Case Management Conference;

16   THEREFORE, pursuant to Local Rule 6-2, and subject to the approval of this Court, the parties,
17   through their undersigned counsel, hereby stipulate and agree that:

18   The Joint Case Management Statement shall be filed no later than October 17, 2011.

19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

Dated: October 11, 2011					DURIE TANGRI LLP

							By: _____/s/ Sonali D. Maitra_____
							    DARALYN J. DURIE
							    CLEMENT S. ROBERTS
							    RYAN M. KENT
							    SONALI D. MAITRA

							Attorneys for Plaintiff
							LINK_A_MEDIA DEVICES CORPORATION

Dated: October 11, 2011					QUINN EMANUEL URQUHART & SULLIVAN LLP

							By: _____/s/ Anna M. Ison_____
							    KEVIN P.B. JOHNSON
							    ANNA M. ISON

							Attorneys for Defendant
							MARVELL SEMICONDUCTOR, INC.

### GENERAL ORDER 45 ATTESTATION

I, Sonali D. Maitra, am the ECF User whose ID and password are being used to file the STIPULATED REQUEST FOR ORDER CHANGING TIME TO SUBMIT JOINT CASE MANAGEMENT STATEMENT. In compliance with General Order 45, X.B., I hereby attest that Anna M. Ison has concurred in this filing.

							_____/s/ Sonali D. Maitra_____
							Sonali D. Maitra

### PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___10/17/2011_____			_____[signature]_____
							UNITED STATES MAGISTRATE JUDGE
							PAUL S. GREWAL