DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

Attorneys for Plaintiff
LINK_A_MEDIA DEVICES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINK_A_MEDIA DEVICES CORPORATION,<br><br>              Plaintiff,<br><br>     v.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:11-cv-00616-PSG<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Ctrm:   5, 4th Floor<br>Judge:  Honorable Paul S. Grewal |

1  IT IS HEREBY STIPULATED AND AGREED by Link_A_Media Devices Corp. and Marvell Semiconductor, Inc. through their counsel, that the above-entitled action, including all claims and counterclaims asserted therein, be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the parties' Confidential Settlement Agreement.  Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  December 2, 2011                                         DURIE TANGRI LLP


                                                                 By: */s/ Sonali D. Maitra*
                                                                         SONALI D. MAITRA


                                                                 Attorneys for Plaintiff
                                                                 LINK_A_MEDIA DEVICES
                                                                 CORPORATION


Dated:  December 2, 2011                                         QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                                                 By: */s/ Kevin P.B. Johnson*
                                                                         KEVIN P.B. JOHNSON
                                                                         ANNA M. ISON

                                                                 Attorneys for Defendant
                                                                 MARVELL SEMICONDUCTOR, INC.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sonali D. Maitra, attest that concurrence in the filing of this document has been obtained.

Dated:  December 2, 2011                           */s/ Sonali D. Maitra*
                                                           SONALI D. MAITRA

[~~PROPOSED~~] **ORDER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: Fgego dgt '7.'4233

_____
HONORABLE PAUL S. GREWAL
UNITED STATES OCI KUVTCVG JUDGE